UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin



FILED/REC'D

2026 APR -6 A 10: 10


Victoria Hall


vs..

CASE NO.

26-cv-258-wmc


Julie Poley, Michael A. Faleck, Sulay Grant, Dawn Hill-Kearse


1. Defendants violated fourteenth amendment rights,

2. Plaintiff demands a reasonable amount to be decided by the Court.


The undersigned declares under penalty of perjury that she is the plaintiff and has read the complaint and that the information contained in the complaint is true and correct.

Victoria Hall

3/17/26